**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

L. Bolling, Captain
KilbyCorrectional Facility
P.O. Box 150
Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Todd Hawks   10/05/07

D. ... address different from item 1?  ☐ Yes
... ter delivery address below:  ☐ No

07cv884
POtCmf

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 1490 0000 0024 8127

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Leon Moore, C.O.I.
KilbyCorrectional Facility
P.O. Box 150
Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Todd Hawks   10/05/07

... ry address different from item 1?  ☐ Yes
... enter delivery address below:  ☐ No

07cv884
POtCmf

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
(Transfer from service ...)   7007 1490 0000 0024 8165

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the fro...

1. Article Addres...

Leon Varner
KilbyCorrectional Facility
P.O. Box 150
Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Todd Hawks   10/05/07

... item 1?  ☐ Yes
... below:  ☐ No

07cv
884
POtCmf

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from servic...)   7007 1490 0000 0024 8134

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- ~~Attach this card to the back of the mailpiece,~~

Arnold Holt
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Todd H_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Todd Hawkns    10/05/07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:    ☐ No

07CV884
PO + CMP

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 1490 0000 0024 8158

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address...

Leon Varner, Steward II
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Todd Hawkns_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Todd Hawkn    10/5/07

D. Is delivery address different from item 1?   ☑ Yes
If YES, enter delivery address below:    ☐ No

07CV884
PO + CMP

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- ~~Attach this card to the back...~~

M.A. Warren, Chief Steward
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Todd H_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Todd Hwkns    10/05/07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:    ☐ No

07CV884
PO + CMP

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 1490 0000 0024 8110

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540