**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOE BENOIT MARTIN, #208789** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | **CASE NO.: 2:07-CV-884-MEF** |
| ) | |
| **ARNOLD HOLT, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR EXTENSION OF TIME

Come now the Defendants, **Arnold Holt, Leon Bolling, Michael Warren, Leon Varner and Leonard Moore,** by and through the undersigned counsel, and move for an extension of time of thirty (30) days to file their Answer and Special Report in this cause and for grounds states as follows:

1.   The Defendants' Answer and Special Report in this cause are due November 13, 2007.

2.   Undersigned counsel has not received all of the information necessary to file a response to Plaintiff's complaint.

5.   The Defendants' Answer and Special Report cannot be prepared without these affidavits and records.

6.   This is said Defendants first request for an extension.

7.   This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for thirty (30) additional days, up to and including **December 13, 2007**, to file their Answer and Special Report.

Respectfully Submitted,

/s/ J. MATT BLEDSOE
J. MATT BLEDSOE
Assistant Attorney General
Counsel for Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 353-8811
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

I certify that I have on this the 7th day of November, 2007, served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Joe Benoit Martin, #208789
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL  36057

/s/ J. MATT BLEDSOE
OF COUNSEL