IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE BENOIT MARTIN, #208789, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-884-MEF |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on November 7, 2007 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from November 13, 2007 to and including December 13, 2007 to file their special report and answer.

Done this 7th day of November, 2007.

                                        /s/  Wallace Capel, Jr.
                                   WALLACE CAPEL, JR.
                                   UNITED STATES MAGISTRATE JUDGE