IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JOE BENOIT MARTIN, #208789** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| VS. | ) | CASE NO.: 2:07-CV-884-MEF |
| | ) | |
| **ARNOLD HOLT, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Leon Bolling, Arnold M. Holt, Leonard Moore, Michael Warren, and Leon Varner, Jr., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |

December 14, 2007          /s/ J. Matt Bledsoe
         Date                          Counsel Signature

                                       J. Matt Bledsoe
                                       Counsel for (print names of all parties)

                                       Office of the Attorney General
                                       11 South Union Street,
                                       Montgomery, Al 36103-0152
                                       (334)242-7443

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I,  J. Matt Bledsoe  , do hereby Certify that a true and correct copy of the foregoing has been furnished by   US Mail   (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this   14th   day of  December   20 07 , to:

Joe Benoit Martin, #208789
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL  36057


 December 14, 2007                                         /s/ J. Matt Bledsoe
             Date                                                               Signature