IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE BENOIT MARTIN, #208789, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-884-MEF |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the special report filed by the defendants on December 13, 2007 (Court Doc. No. 8), and as this report fails to adequately address each of the plaintiff's claims for relief, it is

ORDERED that on or before January 7, 2008 the defendants shall file a supplement to their report, *supported by affidavits and all relevant medical/institutional records*, which addresses the plaintiff's claims that (i) defendant Barrett assigned him to work in the kitchen in violation of his "no standing" profile which directed that plaintiff remain standing no longer than 20 minutes at a time; (ii) defendant Holt, after being advised of this situation, failed to undertake any corrective action; (iii) defendant Bolling refused to transfer plaintiff out of the kitchen or abide by the "no standing" profile, (iv) defendants Varner and Moore required plaintiff to continuously stand on his feet for over three hours on July 17, 2007, and (v) defendant Moore again ignored the "no standing" profile on July 24, 2007.

Done this 14th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE