IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE BENOIT MARTIN, #208789 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **2:07-CV-884-MEF** |
| | ) |
| ARNOLD HOLT, et al. | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Arnold Holt, Leon Bolling, Leonard Moore, Michael Warren and Leon Varner, Jr.,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                                    Relationship to Party


12/28/2007                                           /s/ J.MATT BLEDSOE
Date                                                 Counsel Signature

                                                     Holt, Bolling, Moore, Warren & Varner
                                                     Counsel for (print names of all parties)

                                                     11 South Union Street
                                                     Montgomery, AL 36130
                                                     Address, City, State Zip Code

                                                     334-242-7443
                                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 28th day of December 2007, to:

Joe Benoit Martin, #208789
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL  36057

| | |
|---|---|
| 12/28/2007 | /s/  J. Matt Bledsoe |
| Date | Signature |