IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Joe Benoit Martin #208789
   Plaintiff

VS                    Case No.: 2:07-CV-884-MEF

ARNOLD HOLT, et al.
   Defendants

## MOTION FOR DEFAULT JUDGEMENT

Comes now, THE PLAINTIFF (Joe Benoit Martin) #208789 in the above style action and move for the Court to give the Plaintiff Relief for the Reasons Below:

1. On the 4th day of October 2007 the Honorable Magistrate Judge Wallace Capel Jr. ordered the Defendants to review the complaint and answer the complaint and to send certain documents to the Court and Plaintiff.

2. On November 13, 2007 the Defendants ask for a extension to prepare documents for the Court. With good cause this extension was granted.

3. On the 14th day of December the Honorable Magistrate Judge Wallace Capel Jr. ordered that the Defendants to prepare a Supplemental Court.

Report Because There Answer And Report wasn't Complete.

a. Defendants purposely left out relevant copies of medical and phychiatric records for there purpose

B. The Defendants failed to send copies of Rules And Regulations for a Disabled Inmate for its purposes

C. The Defendants failed to send statements from ~~Deloris Burrell~~ The Mental Health Administrator And witness Deloris Burrell And witness Nurse Lysykanyce.

4. In Both Reports From The Defendants Asked For Summary Judgement. Without permission From The Court.

### Certificate of Service

I Certify on the 6TH day of January 2008 That copies Have Been mailed First Class mail To The District Court of The United States middle District of Alabama, Northern Division And To State Of Alabama Office of Attorney Generals Office To J. Matt Bledsoe

Jesse B M...

Respectfully Submitted
Plantiff

Joe Benoit Martin
Kilby Corr. Fac. G-32A
Po Box 150
Mt Meigs Al 36057

MONTGOMERY AL 361

07 JAN 2008 PM 4 T

OFFICE OF Clerk
United States District Court
Po Box 711
Montgomery Al.

36101+0711