In The District Court of the United States
For The Middle District of Alabama
Northern Division

Joe Benoit Martin # 208789
    Plaintiff,

v.

Civil Action No. 2:07-CV-884-MEF

Arnold Holt, et. Al.
    Defendants.

Plaintiff Response to the Written Report filed by the defendan
and Response to this Court Order Jan. 8, 2008

Comes now, the Plaintiff response to the defendants' special reports. Plaintiff shall show good cause for asking incline strait in this requestful legal cognovit for the Honorable United States Magistrate Judge Wallace Capel, Jr. for leave to take Additional discovery (Rule 16).

The above Plaintiff (Joe Benoit Martin) an inmate in the Alabama Department of Correction State while he was confined at Kilby Correctional Facility, Defendant(s) failed to reconize his no Pro long standing Profile gave to him by the medical provider for the State of Alabama D.O.C. Failure to abhere to the Department of Corrections Reaulaton for work status for a disabled inmate.

This not only violates A.D.O.C. Regulations, this Violations is a Constitutional guarantee to Protect a Prison from Cruel and Unusal Punishment. Inmate Joe B. Martin Plaintiff will Produce evidence which would be admissible at trial supporting his Constitutional Claims. Plaintiff has went beyond the Pleading and designate specific facts showing that their is a Genuine issue for trial. Celotex Corp v. Catrett 477 U.S. 317, 324 (1986) Plaintiff will show the (trier of fact) could reasonably find for the Plaintiff Anderson v. Liberty Lobby 477 U.S. 242, 106 S.Ct. 2505, 2512, 91 L.ed 2d 202 (1986) Walker v. Darby, 911 F 2d 1573, 1576-1577 (11th Cir. 1990).

Plaintiff Affidavit, no Prolong Standing Profile for work restriction Good For 1 year (Exhibit A) no Prolong Standing For 20 minutes (Exhibit B) no Prolong Standing For 20 minute (Exhibit C) no Prolong Standing 20 minutes (Exhibit D) Diagnosis from Prison Health Services, Chornic Bronchitis C.O.P.D. Hyped.edema (Exhibit E) Affidavit From Plaintiff (Joe B. Martin) Job duties in the Kitchen (Exhibit F) Sworn Statement For Plaintiff Joe B. Martin stating he has no access to his medical file other than his Exhibits all other is in his institutional file Exhibit G which now Is a Prima Facie case as to each and every Exhibit(s) that shall Point out and do such malicious intents of there default in a deformatory manner,

In The Statement of undisputed facts from the defendants (Exhibit B. P. 7.) is a Attempt to decieve the Court into thinking the Plantiff is a Temporarily disable inmate Aronold Holt says he does not recall getting a request slip from the Plantiff about his Job. (Exhibit A) But the request in fact was reRouted to Captain Bolling (Exhibit B)(P-4-5) where the Captain denied my request for a Job change where I told his I was in Pain (Exhibit B-P.4-5) There is also a Conflict in Capt. Leon Bolling Sworn Affidavit. Defendants Bollins States that the Plantiff (Joe B. Martin) is a Client of the mental Health on a needed Basis Exhibit B P.11. where the Plantiff a full time Patient of mental health. There are Conflicting statements by (Leon Varner) (Exhibit C) P.1. and 2) (Leon Varner Defendant States I was given a Job on the Ine Serving Juice. The Juice is Served in the dinning hall not the Serving line. (Leon Varner defendant States I never told him I wanted to Get off my less. Everyday at work I told Leon Varner about my breathing Problem and Pein in my feet. (Exhibit C P 2) Leonardo moore COI defendant threaten me On 2 different occasions. If I had not done as he said I would of been beat up and Put in lock up and Disiplineary Action would of hurt my Parole Application (Exhibit D P. 2) when I meet with michel A Warren On May 11 2007 He told me there were no sitting Job in the Kitchen that I must have been Put in the Kitchen for some Kind of Punishment by the Captain (Exhibit E) (Page 1-2).

Defendant Barrett told me my no Prolong Standing Profiles weren't honored at Kilby Corr. Facility. These defendants has Presented Conflicting evidence Northington 973. 2d at 1521. On Summary Judgement, Defendants Report is treated affidavit and the Court is no Authoized to except it's Fact finding if defendant(s) has Presented Conflicting evidence. GTE. v. Estes 829 F.2d 1005, 1007 10th Cir. 1987) Collins v. Cundy 603. F.2d (10th Cir. 1979.) Reed v. Donham 893 F.2d 285, 287 n2 (10th Cir. 1990)

The Plaintiff has demonstrated through Prima Facie evidence and appropriate Precedent there is a genuine issue of material Facts relating to a Constitutional Violation and that he is entitled to a Judgement as a matter of law. Mr. Martin Submission(s) Clearly has merited his required burden. The Plaintiff is there entitled to a Judgement in his favor.

## Certificate of Service

I certify On the ____ day of _____ 2008, that copies has been Served On the District Court of the United States middle District of Alabama Hon. J Matt Bledsoe Counsel State of Alabama Attorney General Office by U.S. Mail Pre-Paid

Respectfully Submitted

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMUNICATION FORM

Date: _____

To: _____

From: _____

Inmate Name: Martin Jo_____   ID#: _____

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restriction _____
4. May have _____
5. Other _____

Comments: Myoplengia Gravading
_____
_____
_____

Date: 1/26/07   MD Signature: _____ for _____ Montgomery   Time: 1800

60418

EXHABIT A



# SPECIAL NEEDS COMMUNICATION FORM

Date: _____

To: _____

From: _____

Inmate Name: Martin, Joe    ID#: 208787

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

Comments:

Keylock Profile x 180 days

No prolong standing/sitting ~ than 20 minutes for 90 days

_____

_____

Date: _____ MD Signature: _____ Time: _____

60418

EXHIBIT B



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: 2/10/07

To: Dr.

From: _____

Inmate Name: Martin, Joe      ID#: 208789

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments: No relondy standing Shower than 20 minutes x 90 days

Date: _____  MD Signature: _____  Time: _____

60418

EXHIBIT C

# ADOC
## SPECIAL NEEDS COMMUNICATION FORM

Date: 11-20-07

To: DOC

From: OPC

Inmate Name: Martin, Joe    ID#: 208789

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments:

KOP- Albuterol Inhaler x 180 days

No prolonged stand/walk greater 20 minutes x 90 days

_____

_____

Date: 11/20/07   MD Signature: M. Butler CRNP/Johnson   Time: _____

60418

CMS E-Form AL

EXHIBIT D



**PRISON HEALTH SERVICES INCORPORATED**

## PAROLE DISCHARGE PLAN

PAROLE TO: _____    DATE OF PAROLE: _____

COUNTY PAROLING TO: _____

DIAGNOSIS: Chronic bronchitis, COPD, Hyperlipidemia

POSITIVE PPD CONVERSION DATE: 01-09-06  15mm
DATE TREATMENT INITIATED: 01-10-06
DATE TREATMENT COMPLETED: 7-10-06
DATE OF CHEST X-RAY NORMAL: 5/30/07
DATE OF CHEST X-RAY ABNORMAL: _____
DIET: Regular

EXERCISE: As tolerated

ALLERGIES: NKDA

MEDICATIONS: Albuterol inhaler, Mevacor, Q-Var

SUPPLY SENT: _____
LAST CHRONIC CARE CLINIC: 5-16-07

LABORATORY/DIAGNOSTIC TESTING NEEDED: _____

SHORT TERM GOALS: No worsening of pulmonary problems - medication compliance

LONG TERM GOALS: Not to return to ADOC System.

ROUTINE FOLLOW-UP FREQUENCY: initiate MD visit upon leaving ADOC system

MEDICALLY CLEARED    YES  X    NO ___
COUNSELED Re: COMM. SER.         ___    ___

Nurse's Signature: R. Lawrence RN HSA    Date: _____    EXHIBIT E

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Martin, Joe | 208789 | 7-27-57 | W/M | KCF |

PHS-MD-70060    (White - Medical File, Yellow - Inmate Copy, Pink - Parole Officer)

In The District Court of The United States
For The Middle District of Alabama
Northern Division

Joe Bendit Martin #208789
    Plaintiff

V.                                          Civil Action No. 2:07-CV-884 MEF

Arnold Holt, et al.
    Defendants.

## Affidavit

I, Joe Martin, being duly sworn depose and say: I am over the age of twenty-one (21) years of age. I am the Plaintiff in this case that will present Prima facie evidence that cannot be refuted by law and will show the following here to:

The Plaintiff (Joe B. Martin) Job duties at Kilby as Juice and Table man. The juice is not served on the line it's is served out in the dinning hall area. The Plaintiff goes into the Kitchen at 8:30 a.m. The first thing to do is go out back of the Kitchen to the ice house fill up (4) four garbage cans with ice then you drag them through the Kitchen behind the line and down the front of the line into the dinning hall. Second, you fill up 3

Cont..                                      EXHIBIT F

garbage can with water (2) For Juice (1) For Cold water and then you fill up the Juice and Water Kegs with ice Juice and water. You have about 45 min. to do this before they start feed Population. Their is no time for a break when Population start to eat you Keep the Kegs full and wipe table when People Get up this take about an hours and 45 min. After everyone is feed all the table have to be wipe off The Juice Strip has about 900 hundred square feet that has to be Swept and mop then you have to go back to the Ice House and Get 4 more garbage can full of Ice & Put them in the cooler for the afternoon meal, This is about 11:30 to 12:00 Noon most of the time after this we can leave the Kitchen unless the Stewart has other duties Kill flies or cut up Veg. At 2:00 P.m. we go back to the Kitchen to Served the after noon meals and repeat the same order as the noon time meal. After the evening meal we clean the table And clean the Juice Strip an empty garbage can and clean out can usually finish about 5:15. There is no time for a break.

I certify under Penalty of Perjury under the law of the United States of America that the foregoing is true and correct to the best of my Knowledge.

Affiant

In The District Court of the United States
For The Middle District of Alabama
Northern Division

Joe Benoit Martin #208789
       Plaintiff,                                    Civil Action No. 2:07-CV-884-MEF

V.

Arnolt Holt, et. al
       Defendants.

## Affidavit

I am Joe B. Martin, being duly sworn depose an Say: I am over the age of twenty-one (21) years of age, I am the Plaintiff in the case that will present Prima facie evidence that cannot be refuted by law and will show the followns hereto:

   Sworn Statement from the Plaintiff (Joe Benoit Martin)
In response to the defendant Special Report and Court order dated 8 day of January 2008. The Plaintiff Joe Benoit Martin Swear and depose to say there are relevant medical records and Psychiatric records in my medical file that are relevant for this action Other no Prolong Standing Profiles and lung Problems breathing Hot Steam.

   I certify under Penalty of Perjury under the law of the United States of America that the foregoing is true and Correct to the best of my Knowledge

                                            _____
   EXHABIT G                                          Affiavit

In The United States District Court
For the middle District of Alabama
Northern Division

Joe Benoit Martin #208789
  Plaintiff

v.                                     Case no: 2:07-CV-884-MEF

Arnold Holt, et.Al.
  Defendants

## Affidavit

I, Joe Martin, being duly sworn depose and say: I am over the age of twenty one (21) years of age, I am the Plaintiff in the case that will Present Prima facie Evidence that cannot be refuted by law and will show the following hereto:

I Joe Benoit Martin The Plaintiff went to the Job board on May 10, 2007, After showing Captain Barnett, Mr. no Prolong Standing Profile Provided by The D.O.C. medical Provider is Good for one year. Captain Barnett said it was no Good at this Camp I would have to get one for no Prolong standing for 20 min., that I would have to work in the Kitchen until I got a new Prolong Profile. On or about May 21, 2007, The Plaintiff obtained the needed Prolong Profile from Prison Health Service. On or about May 28, 2007, I Put in a Request to Warden Holt about the Pain

I was having with my right foot from standing while they were serving a meal in the Dinning hall. Captain came in the dinning hall asking where Joe Martin was at men who was brave enough to write the warden I meet with Captain Bolling M.A Warren and Leon Varner, where Captan Bolling told the Plaintiff that nothing medical was wrong with the Plaintiff except a no Prolong standing Profile, and he was not scared of any lawsuit I might filed and If I move anllinch my standing time will start over that I was sent to Prison to work and I would work as long as I was here. I told Leon Varner defendant I could no breath Hot steam, I was assigned to a light duty Job a couple of day later I was put making and serving the Juice in the Dinningshall where I had to stand for 3 hours at a time On or about July 17, 2007. After was serve the Lunch meal Leon Varner defendant told me I had to kill 20 flies and put them in a cup and bring them to Him Before I could take my break, I ask mr. Varner to call the L.t. I wanted to speak to him instead He sent Sgt. got officer Leon moore to threate me with Bodly harm if I didn't kill the flies On July 24, 07 Leon moore told me to wipe of the tables. I told

I was hurting trying to take a break he told me He had better not have to tell me ~~again~~ again He would bust my head. On Aug 12, 2007, the Plaintiff told me R. Runge C01 that he was hurting Officer told the Plaintiff he And the Plaintiff would go tell Leon Varner I was hurting so I could sit down Leon Varner told me to wipe table that was a direct order, I would be wrote up if I failed to wipe the tables, After the meal Officer Gates C01 took me to follow him to medical, where nurse Lysykancz told me to follow him to the Shift office where Lt. Clay was nurse Lysykancz to Lt. Clay I was not to stand for more than 20 min. Lt Clay called Leon Varner into the Officer where he said I had told him me and my son was going to have a Paint business when I got out that if I was able to Paint house I was able to stand in the Kitchen. Lt. Clay told me to sit when my 20 min was up But if the table needed to be wipe to get up and do it. On August 14, 2007 I went to see my mental Health Counselor to see if she could help me get out of the Kitchen. I was being Put in Pain. Mrs Burrell called Capt. Bolling into her office where I showed defendant Bolling The Knot on my foot and told him I could not do my Job in the Kitchen without being put into Pain. This was my 2nd attemp to get Capt. Bolling to help me to get out of the Kitchen or get me some help Warden Rowell

came into the Kitchen around on the 15th of Aug. Cept. Bolling told me he had talked to the Kitchen Steward Leon Varner about someone to help me where I could Take a break when needed. Around Sept. 24, 2007 Warden Rowell came into the Kitchen During feeding I ask him for help. he Called Leon Varner out of his office and told him to get me some help. As soon as Warden Rowell walked away Leon Varner told me I was back on the Serving line. I Put in a request to Warden Rowell telling him my medical Problem and what Mr Varner had done he Put me on the Job Board Sept. 27, 2007 The deliberate indifference shown by the defendants required Plaintiff Martin to work in Pain from May 11, 2007 until Sept 22, 2007. In Pain. This is a Clear Violation of the Plaintiff Rights, ADOC Rules and Regulations for a inmate with a disability also to adhere to the Constitution guarantee to Protect a Prison from Cruel and Unusal Punishment.

---

I Certify under Penalty of Perjury under the Law of the United States of America that the foregoing is true and Correct to the best of my knowledge.

_____
Affiavt

Notary Public

State of Alabama
County of Montgomery

Sworn to and Subscribed before me On this the 14th day of January 2008.

6-2-2011

my Commission Expires

Perry O. Woods
Notary Public

Certificate of Service

I certify On the ___ day of _____ 2008. That copies has been Served On the District Court of the United States Middle District of Alabama Hon J. Matt Bledson Counsel State of Alabama Attorney General Office by U.S. mail Pre-Paid.

Respectfully Submitted

Joe B Martin #208784

Joe B. Martin 208789
Kilby Corr Fac. L-32A
P.O. Box 150
MT Meiss Al 36057



**LEGAL MAIL**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Al. 36101-0711