In The District Court of The United States
For The Middle District of Alabama
Northern Division

Joe Benoit Martin 208789
   Plaintiff
   v.
Arnold Holt eT, Al,   Civil Action No 2:07-CV-884-MEF
   Defendants

RECEIVED 2008 JUL -7 A 9:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Notice of Change of Address

Comes Now, The Plaintiff, Joe Benoit Martin, in The Above Styled Action of Plaintiff's new Address To The Clerk of Courts

Joe Benoit Martin
5514 St James St
Birmingham Al. 35235

Done on This 2nd Day of July, 2008

Respectfully Submitted
Joe B. Martin

Certificate of Service

I Certify that on the 2nd day of July, 2008 that Copies of the Forgoing Have Been mailed First Class mail, To the District Court of the United States For the Middle District of Alabama Clerks Office And To J. Matt Bledsoe For the State of Alabamas Attorney Generals Office

Respectfully Submitted
Joe Benoit Monte

Joe Benoit Martin
5514 St. James St
BHAM Al. 35235

BIRMINGHAM AL 350
03 JUL 2008 PM 1 L



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Al 36101-0711