IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOE BENOIT MARTIN, # 208789,        )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )        CASE NO. 2:07-cv-884-MEF
                                    )
ARNOLD HOLT, *et al.*,              )
                                    )
        Defendants.                 )

## **ORDER**

On  May 12, 2010, the Magistrate Judge filed a Recommendation (Doc. #21) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  Defendants' Motion for Summary Judgment (Doc. #8) is GRANTED, judgment is GRANTED in favor of the defendants and this case is DISMISSED with prejudice.

3.  The costs of this proceeding are TAXED against Plaintiff.

DONE this the 7th day of June, 2010.

                        _____
                        /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE